# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**MARTHA MEYERS**                                      **CASE NO.  2:22-CV-03510**

**VERSUS**                                             **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE & CASUALTY CO        MAGISTRATE JUDGE LEBLANC
ET AL**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date

**IT IS ORDERED, ADJUDGED, AND DECREED** that State Farm's Motion to

Dismiss (Doc. 39) is **GRANTED** dismissing Plaintiff's claims with prejudice.

**THUS DONE AND SIGNED** in chambers on this 22nd day of July, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**